# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES GRINSTEINER,<br><br>Defendant. | Case No. CR-14-83-BLG-SPW<br><br>**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION** |

Upon the Defendant's Unopposed Motion to Dismiss Supervised Release Violation Petition (Doc. 74), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Supervised Release Violation Petition (Doc. 59) is **DISMISSED.**

**IT IS FURTHER ORDERED** that the Final Revocation Hearing set for Thursday, February 13, 2020 at 1:30 p.m. is **VACATED.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 4th day of February, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE